MARCH 26, 2009

BILLY THURMAN
2931 HARRIS CIRCLE
MEMPHIS, TN  38114

RE: BILLY R. THURMAN
    03-34958-D

TO WHOM IT MAT CONCERN:

PER YOUR REQUEST FOR REPLACEMENT CHECKS FOR CHECK NUMBER

6542782 IN THE AMOUNT OF $760.00
6250466 IN TNE AMOUNT OF $1,140.00
6262093 IN THE AMOUNT OF $1,488.41
6266012 IN THE AMOUNT OF $760.00

THESE FUNDS HAVE BEEN TURNED OVER TO THE BANKRUPTCY COURT
AS UNCLAIMED FUNDS.

IN ORDER TO RECLAIM THIS MONEY YOU WILL NEED TO CONTACT:

MRS. CAROLYN AVERY
U.S. BANKRUPTCY COURT CLERK
200 JEFFERSON ST 4TH FLOOR
MEMPHIS, TENNESSEE 38103.
PHONE (901-328-3515).

IF YOU NEED ADDITIONAL INFORMATION, PLEASE FEEL FREE TO CONTACT
THIS OFFICE.

SINCERELY,

CARNELL HOLLOWELL
ACCOUNTING

/ch

CC:  MRS. CAROLYN AVERY, BANKRUPTCY COURT CLERK
     200 JEFFERSON ST. 4TH FLOOR
     DATE FUNDS TURNED OVER:
     CHECK NUMBER : (6270065)  12-24-08  (6266378)  11-26-08  (6277990)  2-25-09

            (6281891)  03-27-09

[Handwritten note in left margin: "Mon Apr-6-2009 Billy Earl Thurman I want to claim all of my money"]